AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| YH LEX ESTATES LLC, <br> *Plaintiff* <br> v. <br> NIR MEIR, RANEE A. BARTOLACCI, and ERMITAG <br> *Defendant* | Case No. 1:22-cv-02886 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Petitioner, YH Lex Estates.

Date: 04/08/2022

/s/ Mark H. Hatch-Miller
*Attorney's signature*

Mark H. Hatch-Miller (MH4981)
*Printed name and bar number*

SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
*Address*

Mhatch-miller@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*